IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12 CV 614-RJC-DSC

MICHAEL and STEPHANIE SHERMAN,

    Plaintiffs,

vs.

CERTAINTEED CORPORATION, et. al.,

    Defendants.

## ORDER

**THIS MATTER** is before the Court upon Defendants' "Consent Motion to Stay Initial Attorney Conference" (document #12) ("IAC") until this case is transferred to Judicial Panel on Multi-District Litigation, or an order is issued that permanently forecloses the possibility of a transfer. For good cause shown, the Motion is **GRANTED**.

**SO ORDERED**.

Signed: September 25, 2012

_____
David S. Cayer
United States Magistrate Judge